■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON GARCIA, Appellant. [52 NYS3d 633]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, Bronx County (John Moore, J.), rendered March 16, 2016, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Tom, J.P., Sweeny, Richter, Kapnick and Webber, JJ.

■ PETER SICOLI et al., Respondents, v RIVERSIDE CENTER PARCEL 2 BIT ASSOCIATES, LLC, et al., Appellants. [52 NYS3d 633]—Order, Supreme Court, New York County (David B. Cohen, J.), entered November 25, 2016, which, in this action for personal injuries sustained by plaintiff Peter Sicoli while working at a construction project, denied defendants' motion for leave to renew and reargue the previously granted application of plaintiffs to direct defendants to produce unredacted accident reports, unanimously affirmed, as to the denial of leave to renew, and the appeal therefrom otherwise dismissed, without costs.

That part of defendants' motion seeking leave to renew plaintiffs' oral application for the production of unredacted accident report, was properly denied. Defendants did not demonstrate the existence of new facts warranting a change in the motion court's prior determination (*see* CPLR 2221 [e] [2]; *Mano Enters., Inc. v Metropolitan Life Ins. Co.*, 143 AD3d 597 [1st Dept 2016]). Furthermore we see no reason to alter the court's discovery ruling. The denial of reargument is not appealable (*Oyang v NYU Hosp. Ctr.*, 139 AD3d 531 [1st Dept 2016]). Concur—Tom, J.P., Sweeny, Richter, Kapnick and Webber, JJ.